```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 17370
   DORRIE L COLLINS
                                        CHAPTER 13

                                        JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-8970
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/24/07 and confirmed on 12/06/07.

   2.  The case was converted to Chapter 7 after confirmation, 04/23/2008.

   3.  The Debtor paid a total of $    805.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 30000.00 | .00 | 600.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICAN CASH | UNSECURED | NOT FILED | .00 | .00 |
| AIS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CCB CREDIT SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CROSS CHECK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY BAD CHECK | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JH STROGER HOSP OF COOK | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF IL CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 429.33 | .00 | .00 |

       Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     30000.00           .00       429.33           .00     30429.33
PRINCIPAL PAID           600.00           .00          .00           .00       600.00
INTEREST PAID               .00           .00          .00           .00          .00
TOTAL PAID               600.00           .00          .00           .00       600.00
```
The Debtor's attorney, RICHARD S BASS              , was allowed $   3200.00
and was paid $     750.00   direct and $      168.78  through the plan.

The Trustee received $      36.22 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE